
FILED
MAR 31 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § § § | CASE NO. 4:25-MJ-00102-BD |
| COOPER FREDERICK | § | |

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this court that he/she (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

So ORDERED and SIGNED this March 31, 2025.

_____
BILL DAVIS
UNITED STATES MAGISTRATE JUDGE