

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
MAR 3 1 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| v. | § § § CASE NO. 4:25-MJ-00102-BD |
| COOPER FREDERICK | |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the District of Colorado. The defendant may need an interpreter for this language:

The defendant:   ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED**: The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or office in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: March 31, 2025

_____
BILL DAVIS
UNITED STATES MAGISTRATE

JUDGE